DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BELINDA WATSON,

Appellant,

v.

DAVISON DESIGN DEVELOPMENT,

Appellee.

No. 2D2025-2130

_____

March 4, 2026

Appeal from the Circuit Court for Pinellas County; Edwin Jagger, Judge.

Belinda Watson, pro se.

PER CURIAM.

　　Affirmed.  *See* Fla. R. App. P. 9.315(a).

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.